*933 507 U. S. 680; 508 U. S. 114; *934 508 U. S. 931; 508 U. S. 905; 508 U. S. 911; 508 U. S. 961; 508 U. S. 914; 507 U. S. 1054; 508 U. S. 918; 508 U. S. 918; 508 U. S. 919; 508 U. S. 920; 508 U. S. 922; 508 U. S. 905; 508 U. S. 923; and 508 U. S. 943.
No. 92-1551.
No. 92-1565.
No. 92-1724.
No. 92-7249.
No. 92-7893.
No. 92-7955.
No. 92-7958.
No. 92-7974.
No. 92-8009.
No. 92-8092.
No. 92-8103.
No. 92-8107.
No. 92-8259.
Petitions for rehearing denied.